AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# United States District Court
for the
District of Arizona

| | | |
|---|---|---|
| In the Matter of the Seizure of:<br>*(Briefly describe the property to be seized)*<br><br>The contents of Wells Fargo Bank account number 8402622933 held in the name of Scott Warner | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-4238mb |

### WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the District of Arizona be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The contents of Wells Fargo Bank account number 8402622933 held in the name of Scott Warner

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  07/21/2022
*(not to exceed 14 days)*

❑ in daytime - 6:00 a.m. to 10:00 p.m.    ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to any United States Judge on criminal duty in Arizona.

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be search or seized *(check the appropriate box)*

❑ for ___ days *(not to exceed 30).* ❑ until the facts justifying, the later specific date of _____

Date and time issued: _____    *Camille D. Bibles* Digitally signed by Camille D. Bibles
Date: 2022.07.07 16:25:36 -07'00'
*Judge's signature*

City and State: Flagstaff, Arizona    Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

AO 108 (Rev. 06/09) Application for a Warrant to Seize Personal Property Subject to Forfeiture

# United States District Court
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Seizure of:<br>*(Briefly describe the property to be seized)*<br><br>The contents of Wells Fargo Bank account number 8402622933 held in the name of Scott Warner | Case No. 22-4238mb |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe the following property in the District of Arizona is (a) property, real or personal, which constitutes or is derived from proceeds traceable to a specific unlawful activity including but not limited to 21 U.S.C. § 841(a)(1) (Drug Trafficking); and property, real or personal, involved in a transaction or attempted transaction in violation 18 U.S.C. § 1956 (Money Laundering) and subject to seizure pursuant to 18 U.S.C. §§ 981(b) and 982(b)(1), and 21 U.S.C. § 853(e) and (f); and (c) subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), and 982(a)(1) and 28 U.S.C. § 2461. *(describe the property):*

The contents of Wells Fargo Bank account number 8402622933 held in the name of Scott Warner

The application is based on these facts:

See the Affidavit of Department of Homeland Security Investigations Special Agent Sean McCarthy

❏ Continued on the attached sheet.

SEAN P MCCARTHY
Digitally signed by SEAN P MCCARTHY
Date: 2022.07.06 11:51:45 -07'00'

*Applicant's signature*

Sean McCarthy, Special Agent, Affiant
*Printed name and title*

Approved by AUSA James R Knapp

Sworn to telephonically.

Date: _____

City and State: Flagstaff, Arizona

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.07.07 16:26:11 -07'00'

*Judge's signature*

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

# SEARCH WARRANT
### STATE OF ARIZONA
### COUNTY OF GILA

| | |
|---|---|
| STATE OF ARIZONA<br>PLAINTIFF<br><br>Vs.<br><br>Scott Warner, DOB 03-01-1960<br>5.9 ft, 150 lbs, hazel eyes, brown hair<br>SSN \*\*\*-\*\*-9935 | SEARCH WARRANT<br><br>No. S0400SW202200034 |

**TO ANY PEACE OFFICER IN GILA COUNTY, STATE OF ARIZONA.**

Proof by affidavit having been made this day before me by Detective Kerszykowski, I am satisfied that there is probable cause to believe that:

( )   on the person of _____;

( x )   on the premises known and described as 8065 Gunsight Ridge, a grey in color residential structure with white trimmed windows, covered front porch with a handicapped ramp and the house number mounted on the railing of the porch.; including all the curtilage of said premises and all outbuildings, sheds, garages, and any other buildings, attached or unattached, on the curtilage of the premises;

( x )   in the vehicle(s) described as 1992 Acura bearing Arizona plate ABN2740 and a Honda Civic, silver in color, bearing Arizona plate BJZ7952;

in the City of Payson, County of Gila, State of Arizona, there is now being possessed or concealed certain person(s), property, or things described as:

Items to show possession, use, distribution, sales and/or cultivation of marijuana in violation of A.R.S. §13-3405, and or items that show possession, use, distribution, or sales of narcotic drug; to wit:

1.   Marijuana or narcotic drugs in a usable quantity, including bulk marijuana or narcotic drugs, kilos of marijuana or narcotic drug, baggies of marijuana or narcotic drug, marijuana cigarettes, loose marijuana, marijuana plants, marijuana seeds, marijuana buds, and derivative of marijuana.

2.   Items used in the consumption, cultivation, sales, transfer, packaging, cutting, weighing, and transportation of marijuana or narcotic drug, including but not limited to scales, wrapping paper, plastic baggies, cigarette papers, smoking devices, bongs and/or pipes, fertilizer, plastic drip irrigation pipe and fittings, water containers, pumps, timers, air circulation devices,

lighting devices, written and/or published articles from books, magazines, periodicals, and other sources on the cultivation, use, and effects of marijuana or other narcotics;

3. To intercept, record, and document all incoming and previously preserved telephone calls, radio paging devices, telephone answering machines, computerized electronic mail, and other electronic storage devices for the duration of the time the agents and officers are present at said premises for the execution and service of this search warrant, to include numbers, verbal messages, and electronic messages received at the premises which evidence, identify, or involve the distribution, transfer, transportation, cultivation, sales, use, and possession of marijuana or narcotic drug;

4. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of any person(s) who may be involved in the illegal possession, distribution, and/or cultivation of marijuana or narcotic drug;

5. Photographs, video and audio cassette recording which evidence, memorialize, and identify conspirators and co-conspirators involved in the possession, use, transfer, sales, distribution, cultivation, and/or transportation of marijuana and other drugs; and property and assets derived from such activities;

6. Illicit business records, receipts, writing, books, business ledgers, lists, notation, and other papers and memoranda, however recorded or preserved, which evidence or memorializes activities relating to illegal possession, use, distribution, cultivation, sale, transportation, purchase, storage of marijuana or narcotic drug or conspiracy to conduct such activity;

7. Books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashier checks, receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money, safe deposit box records and/or keys involved in the unlawful possession, distribution, and/or cultivation of marijuana or narcotic drug;

8. United States Currency, precious metals, jewelry, and financial instruments, including but not limited to stocks and bonds, real estate deeds of trust obtained as a result of the illegal possession, distribution, and/or cultivation of marijuana or narcotic drug;

9. Indicia of occupancy, residency, possession, ownership, dominion and/or control of the previously described premises and vehicles, including but not limited to utility and telephone bills, rental agreements and receipts, canceled mail envelopes, notices and records to and from government agencies, automobile registrations and titles, bills of sale, photographs, keys, and papers documents and other effects.

10. Personal computers, computer peripherals, modems, computer printers, floppy disk drives, hard disk drives, floppy diskettes, compact disks, computer printouts, computer software, computer programs, manuals and systems documentation involved in the illegal possession, distribution, and/or cultivation of marijuana or narcotic drug;

11. Firearms, deadly weapons, and dangerous instruments obtained as a result of, or used in conjunction with the unlawful possession, use, distribution, sales, and/or cultivation of marijuana or narcotic drug:

12. Any and all other material evidence of violations of Arizona Revised Statues §13-3405.

13. Any and all material or evidence of violations of ARS 13-3408.

Which person(s), property, or things:

( ) is the subject of an outstanding arrest warrant # _____ ;

( ) were stolen or embezzled from_____ ;

( x ) were used as a means of committing a public offense:

( x ) is being possessed with the intent to use it as a means of committing a public offense; 13-3408A1, 13-3405A1, 13-3405A2, 13-3405A3, 13-3415A, 13-3102A4, 13-3102A8

( ) are in the possession of _____ to whom it was delivered for the purpose of concealing it or preventing it from being discovered;

( x ) consists of any item or constitutes any evidence which tends to show that the herein described public offense has been committed, or tends to show that a particular person has committed said offense;

such being more fully described in the affidavit. To Wit: Possession of marijuana and Narcotic Drug in violation of A.R.S. §13-3405 and 13-3408, which offense(s) occurred on or about the 11th day of May, 2022, in Gila County.

## YOU ARE THEREFORE COMMANDED:

( x )   in the daytime;

(  )   or nighttime (good cause therefore having been shown);

to make a search of the above named or described person(s), premises and/or vehicle(s) for the herein above described person(s), property or things, and if you find the same or any part thereof, to arrest him, or to retain such in your custody, or in the custody of the agency you represent, as provided in A.R.S. § 13-3920.

Return this warrant to me within three (3) days of the date thereof, as directed by A.R.S. § 13-3918.

Given under my hand and dated this 11th day of May, 2022

_____
Judge of the Gila County Superior Court
**Timothy M. Wright**

# AFFIDAVIT FOR SEARCH WARRANT
## STATE OF ARIZONA
## COUNTY OF GILA

FILED IN PAYSON

2022 MAY 11  PM 3:06

ANITA ESCOBEDO, CLERK

| | |
|---|---|
| **STATE OF ARIZONA** )<br>PLANTIFF )<br>)<br>vs. )<br>)<br>)<br>Scott Warner, DOB 03-01-1960 )<br>5.9 ft, 150 lbs, hazel eyes, brown hair )<br>SSN ***-**-9935 )<br>)<br>) | No. S0400SW202200034 |

Your affiant, Detective Kerszykowski, a peace officer in the State of Arizona, being first duly sworn, upon oath, deposes and says:

That on or about the 11th day of May, 2022, in the County of Gila, State of Arizona:

( x ) the crime(s) Produce Marijuana, Possession of Marijuana, Possession of Marijuana for Sale, Possession of Narcotic Drug, Misconduct Involving Weapons, in violation of A.R.S. § 13-3405A3, 13-3405A1, 13-3405A2, 13-3102A4/A8, was/ is being and/or has been committed by Scott Warner in the following manner: On 05-11-2022 at 1114 hours, the Gila County Sheriff's Office responded to the residence of 8065 Gunsight Ridge in the Payson area.

Upon arrival, Detective Baltz located subject Scott Warner deceased on the floor. In plain view were what is believed to be fentanyl pills and drug paraphernalia for ingesting the fentanyl, approximately 20 marijuana plants growing, several pound of dried and processed marijuana, firearms, scale and bags, and jars of US currency believed to be in the thousands of dollars. An in-house check shows priors that indicate the suspect is a prohibited possessor of firearms. Your Affiant, Detective Kerszykowski, responded to the scene and visually verified the evidence prior to drafting tis search warrant.

( )  an arrest warrant, no. _____ was issued for the arrest of _____, as previously described.

That the affiant has probable cause to believe and he does believe that there is now:

( )  in the possession of _____, as described above;

( x )  in and upon the premises and building(s) known and described as 8065 Gunsight Ridge, a grey in color residential structure with white trimmed windows, covered front porch with a handicapped ramp and the house number mounted on the railing of the porch.;
    in the City of Payson, County of Gila, including all the cartilage of the premises,
    and all rooms, outbuildings, sheds, garages, and any other buildings, attached or
    unattached, used in connection with or within the curtilage of said premises;

(x) in the vehicle(s) described as 1992 Acura bearing Arizona plate ABN2740 and a Honda Civic, silver in color, bearing Arizona plate BJZ7952;

certain person(s), property, or things:

( ) is the subject of an outstanding arrest warrant # _____;

( ) were stolen or embezzled from _____;

(x) were used as a means of committing a public offense:

(x) is being possessed with the intent to use it as a means of committing a public offense;

( ) are in the possession of _____ to whom it was delivered for the purpose of concealing it or preventing it from being discovered;

(x) consists of any item or constitutes any evidence which tends to show that the herein described public offense has been committed, or tends to show that a particular person has committed said offense;

That certain person(s), property, or things are described particularly as follows:

Items to show possession, use, distribution, sales and/or cultivation of marijuana or narcotic drug in violation of A.R.S. §13-3405 and 13-3408; to wit:

1. Marijuana or narcotic drug in a usable quantity, including bulk marijuana, kilos of marijuana, baggies of marijuana, marijuana cigarettes, loose marijuana, marijuana plants, marijuana seeds, marijuana buds, and derivative of marijuana.

2. Items used in the consumption, cultivation, sales, transfer, packaging, cutting, weighing, and transportation of marijuana, including but not limited to scales, wrapping paper, plastic baggies, cigarette papers, smoking devices, bongs and/or pipes, fertilizer, plastic drip irrigation pipe and fittings, water containers, pumps, timers, air circulation devices, lighting devices, written and/or published articles from books, magazines, periodicals, and other sources on the cultivation, use, and effects of marijuana or other narcotics;

3. To intercept, record, and document all incoming and previously preserved telephone calls, radio paging devices, telephone answering machines, computerized electronic mail, and other electronic storage devices for the duration of the time the agents and officers are present at said premises for the execution and service of this search warrant, to include numbers, verbal messages, and electronic messages received at the premises which evidence, identify, or involve the distribution, transfer, transportation, cultivation, sales, use, and possession of marijuana or marijuana;

4. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of any person(s) who may be involved in the illegal possession, distribution, and/or cultivation of marijuana or narcotic drug;

5. Photographs, video and audio cassette recording which evidence, memorialize, and identify conspirators and co-conspirators involved in the possession, use, transfer, sales, distribution, cultivation, and/or transportation of marijuana and other drugs; and property and assets derived from such activities;

6. Illicit business records, receipts, writing, books, business ledgers, lists, notation, and other papers and memoranda, however recorded or preserved, which evidence or memorializes activities relating to illegal possession, use, distribution, cultivation, sale, transportation, purchase, storage of marijuana/narcotic drug or conspiracy to conduct such activity;

7. Books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashier checks, receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money, safe deposit box records and/or keys involved in the unlawful possession, distribution, and/or cultivation of marijuana or narcotic drug;

8. United States Currency, precious metals, jewelry, and financial instruments, including but not limited to stocks and bonds, real estate deeds of trust obtained as a result of the illegal possession, distribution, and/or cultivation of marijuana or narcotic drug;

9. Indicia of occupancy, residency, possession, ownership, dominion and/or control of the previously described premises and vehicles, including but not limited to utility and telephone bills, rental agreements and receipts, canceled mail envelopes, notices and records to and from government agencies, automobile registrations and titles, bills of sale, photographs, keys, and papers documents and other effects.

10. Personal computers, computer peripherals, modems, computer printers, floppy disk drives, hard disk drives, floppy diskettes, compact disks, computer printouts, computer software, computer programs, manuals and systems documentation involved in the illegal possession, distribution, and/or cultivation of marijuana or narcotic drug;

11. Firearms, deadly weapons, and dangerous instruments obtained as a result of, or used in conjunction with the unlawful possession, use, distribution, sales, and/or cultivation of marijuana or narcotic drug:

12. Any and all other material evidence of violations of Arizona Revised Statues §13-3405 and 13-3408A1.

That the following facts establish probable cause for believing that grounds for the issuance of a search warrant for the aforementioned items:

See attached Affidavit for Search Warrant form in reference to your Affiant's professional history.

# REGULAR INFORMATION

On 05-11-2022 at 1114 hours, the Gila County Sheriff's Office responded to the residence of 8065 Gunsight Ridge in the Payson area. Upon arrival, Detective Baltz located subject Scott Warner deceased on the floor. In plain view were what is believed to be fentanyl pills and drug paraphernalia for ingesting the fentanyl, approximately 20 marijuana plants growing, several pound of dried and processed marijuana, firearms, scale and bags, and jars of US currency believed to be in the thousands of dollars. An in-house check shows priors that indicate the suspect is a prohibited possessor of firearms. Your Affiant, Detective Kerszykowski, responded to the scene and visually verified the evidence prior to drafting tis search warrant.

Experience for Detective Kerszykowski, #402
Graduated Northland Pioneer College AZPOST Academy 2000.
Worked for Show Low Police Department in 2000
Started working for Gila County Sheriff's Office in 2001.
Began working in K-9 unit in 2009.
Began working in Task Force in 2013.
I have been involved in hundreds of DUI case investigation. I was the QUS for the intoxilyzer. I am ARIDE certified. I have been involved in many search warrants, extractions and viewings of electronically stored information and evidence, and marijuana grows. I have also been involved in child abuse, assault, theft and burglary investigations, warrants, and much more. I have been a certified officer in Arizona since 2000.

Training for Detective Kerszykowski
Legal Considerations in Drug Cases Az HIDTA, 2014
Compartment Detection, GSTC, 2013
ARIDE certified 2011
US Dept of Transportation, Commercial Vehicle Interdiction, 2010
Outlaw Motorcycle Gangs, ANOA, 2014
Cartel's in Neighborhoods, ANOA, 2014, 2013
Surviving Deadly Encounters, ANOA, 2014
Highway Interdiction, ANOA, 2014, 2015
BJA Methamphetamine Training, 2017

AZHIDTA Advanced Investigation Documentation, 2016
Az Narcotics Training Course, AZ HIDTA/DEA, 2015
Cannabis Culture, ANOA, 2017
Sinaloa Cartel, ANOA 2017
Patron Saints of Narco Traffickers, ANOA, 2017
Highway Interdiction, ANOA, 2017
Canine Legal Updates and Opinions Seminar, Terry Fleck, 2009
NPCA Survival Seminar, 2010
Motor Vehicle Interdiction, GCSO, 2016
Desert Snow, Phase 2014
Overdose prevention, 2017
PGI, Specialized Concealment, 2013
AZHIDTA/DEA, Basic Drug Investigation Course, 2013
Drug Endangered Child, AZHIDTA, 2013
AZHIDTA, Narc Detection K-9 Course, 2015 Clandestine Labs, 2015
Evading Honesty, 2015
Legal Update 2018, Behavioral Health Intervention 2018
2018 ANOA training: Las Vegas Crisis Tactics training, Constitutional Law Update, Uniformed Interdiction, Marijuana Updates, Consensual Encounters, Warrior Survival, Under Fire, Narco Terrorism, Stash House Investigations, Warrior Survival, Human Trafficking, Clandestine Labs
ALECA K-9 Survival Seminars, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2021.
Additionally bi-weekly K-9 trainings from 2009 till current in 2022.

Affiant believes that the following information demonstrates good cause, pursuant to A.R.S. § 13-3917, for permitting this warrant to be served in the day time:

Wherefore, affiant prays that a search warrant issue commanding that an immediate search be made for the person(s), property, or things described herein of the person(s), premises, buildings, and vehicle(s) herein described and that the same be arrested, or retained in the custody of the affiant or in the custody of the agency which affiant represents and disposed of according to law, pursuant to A.R.S. § 13-3920.

Detective L. Kerszykowski #402
Affiant                    Badge #
Gila County Narcotics Task Force

**SUBSCRIBED AND SWORN** to before me this 11 day of May, 2011.

Judge, Of the Payson Superior Court
Timothy M Wright

# RETURN OF SEARCH WARRANT

No. S0400SW202200034

FILED IN PAYSON
2022 MAY 12 PM 2:52
ANITA ESCOBEDO, CLERK
BY_____DEPUTY

Your affiant, Detective Kerszykowski, a peace officer in the State of Arizona, being first duly sworn upon oath, deposes and says:

That on the 11th day of May, 2022, I executed this Search Warrant, Number S0400SW202200034 issued by the Payson Justice Court, and the following described person(s), property, or things were arrested or seized:

~~See attached itemized inventory return sheet.~~ /s/

I further certify that the foregoing inventory is a true and detailed account of all property taken by me pursuant to A.R.S. § 13-3921, and that a detailed receipt for the property was (given to) _____ (left at) 8065 GUNSIGHT RIDGE ON TABLE.

_____
Signature of Officer

This warrant returned, subscribed and sworn to before me this 12th day of May, 2022.

_____
Judge of the Gila County Superior Court